ORIGINAL

FORM

# UNITED STATES COURT OF INTERNATIONAL TRADE

SARAMAX,

                         Plaintiff,

v.

UNITED STATES OF AMERICA,

                         Defendant.

00-11-00539

**SUMMONS**

**TO:** The Attorney General and the Secretary of the Treasury:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

LEO M. GORDON, CLERK OF THE COURT

## PROTEST

| | |
|---|---|
| Port of Entry: New York, NY | Date Protest Filed: 02/29/00, etc. as per schedule attached |
| Protest Number: 1001-00-100927, etc., as per schedule attached | Date Protest Denied: 06/02/00, etc., as per schedule attached |
| Importer: SARAMAX | |
| Category of Merchandise: Women's upper body garments | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| | | SEE SCHEDULE ATTACHED | | | |
| | | | | | |
| | | | | | |

2/4

| | |
|---|---|
| Port Director,<br>U.S. Customs Service<br>Six World Trade Center<br>New York, NY 10048 | Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP<br>245 Park Avenue, 33rd Floor<br>New York, New York 10167 |
| | 212/557-4000 |
| *Address of Customs District in Which Protest Was Denied* | *Name, Address and Telephone Number of Plaintiff's Attorney* |

Page 1

145168.

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Women's Upper Body Garments | 6109.10.00 HTSUS | 18.8% ad val. | 6212.90.00 HTSUS | 6.8% ad val. |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C. §1514(a)] and the Protest Claim: |
| The issue which was common to all such denied protests: whether the imported merchandise is specifically provided for under the claimed tariff provision. |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

NOV 27 2000

Date

Signature of Plaintiff's Attorney

Page 2

## SCHEDULE OF PROTESTS

**Port of Entry: New York, NY**

| PROT NUM | PROT FILED | DATE DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 1001-00-100927 | 02/24/2000 | 06/02/2000 | 523-0360606-6 | 01/13/1999 | 11/26/1999 |
| 1001-00-100927 | 02/24/2000 | 06/02/2000 | 523-0361514-1 | 01/13/1999 | 11/26/1999 |
| 1001-00-100927 | 02/24/2000 | 06/02/2000 | 523-0362830-0 | 01/26/1999 | 12/10/1999 |
| | | | | | |
| 1001-00-101191 | 03/16/2000 | 06/02/2000 | 523-0363769-9 | 02/05/1999 | 12/17/1999 |

Port Director,

U.S. Customs Service
Six World Trade Center
New York, NY 10048

Page 1 of 1



RECEIVED & FILED
2000 NOV 29 A 10: 20

CERTIFICATE OF SERVICE

I certify that a copy of the summons was returned
to the plaintiff or his attorney and that the same was
served upon the district director of customs at the
port of entry of the merchandise and that the
customs district and date on which the service
was made by the undersigned on the date shown below
by mail except that service by delivery was made to
the Attorney in Charge, International Trade Field
Office, Commercial Litigation Branch; and the
Assistant Chief Counsel, International Trade
Litigation.

Date: 12/1/00

Leo M. Gordon
Clerk of the Court
By: _____
Deputy Clerk