# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| SARAMAX, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 00-00539 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE, that plaintiff, Saramax, through its undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
599 Lexington Avenue, FL 36
New York, New York 10022
Tel. (212) 557-4000, wmarshall@gdlsk.com

Dated: April 19, 2024
       New York, New York

By:   /s/ William F. Marshall
      William F. Marshall
      Robert B. Silverman

ORDER OF DISMISSAL

Court No. 00-00539, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Clerk, United States Court of International Trade

Dated: _____     By: _____

10818363_1